1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KRISTINA GREEN (NYBN 5226204)
   CHRISTOFFER LEE (CABN 280360)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-6912
      FAX: (415) 436-7234
8     Kristina.green@usdoj.gov

9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,          )   NO. 3:20-CR-00421-CRB
                                      )
15     Plaintiff,                    )   NOTICE OF DISMISSAL: ORDER
                                      )
16   v.                               )
                                      )
17 EWELINA SCZENDZINA,                )
                                      )
18     Defendant.                    )
                                      )
19

20       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the above Information against

22 EWELINA SCZENDZINA without prejudice.

23

24 DATED: September 16, 2022                         Respectfully submitted,

25                                                   STEPHANIE M. HINDS
                                                     United States Attorney
26

27                                                      */s/ Thomas A. Colthurst*
                                                     THOMAS A. COLTHURST
28                                                   Chief, Criminal Division

NOTICE OF DISMISSAL
No. 3:20-CR-00421-CRB                                                                    v. 8/4/2021

[~~PROPOSED~~] ORDER

Leave is granted to the government to dismiss without prejudice the Information against EWELINA SCZENDZINA.

Date: September 19, 2022

_____
HON. CHARLES R. BREYER
United States District Judge